AO 451 (Rev. 01/09) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

**13 MISC. 049**

| | |
|---|---|
| Securities and Exchange Commission ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 3:12cv447 (JCH) |
| David E. Zilkha ) | |
| *Defendant* ) | |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* ___06/28/2012___.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date: ___11/27/2012___

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

Case 3:12-cv-00447-JCH Document 15 Filed 06/28/12 Page 1 of 1

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

SECURITIES AND EXCHANGE
COMMISSION

v.                                            3:12cv447(JCH)

DAVID E. ZILKHA

## JUDGMENT

This action came on for consideration before the Honorable Janet C. Hall, United States District Judge, as a result of plaintiff's Application for Prejudgment Remedy. On June 26, 2012, the court entered an Order for Judgment against defendant David E. Zilkha, for imposition of a disgorgement obligation in the amount of $250,000, plus prejudgment interest.

Therefore, it is ORDERED and ADJUDGED that judgment is entered in favor of the plaintiff, Securities and Exchange Commission, in the amount of $250,000.00, plus prejudgment interest, against the defendant, and the case is closed.

Dated at Bridgeport, Connecticut, this 28th day of June, 2012.

                                                                             ROBIN D. TABORA, Clerk

                                                                  By /s/ Bernadette J. DeRubeis
                                                                        Deputy Clerk

Entered on Docket _____

I Hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District Court for the District of Connecticut.
Date Filed: 6/28/12
Roberta D. Tabora, Clerk
By _____
Deputy Clerk

CLOSED, EFILE

# U.S. District Court
## United States District Court for the District of Connecticut (New Haven)
## CIVIL DOCKET FOR CASE #: 3:12-cv-00447-JCH
### Internal Use Only

Securities and Exchange Commission v. Zilkha
Assigned to: Judge Janet C. Hall
Demand: $453,000
Cause: 15:78m(a) Securities Exchange Act

Date Filed: 03/23/2012
Date Terminated: 06/28/2012
Jury Demand: None
Nature of Suit: 850 Securities/Commodities
Jurisdiction: U.S. Government Plaintiff

| Date Filed | # | Docket Text |
|---|---|---|
| 11/26/2012 | 40 | ORDER terminating as moot 32 Motion to Stay; terminating as moot 32 Motion to Dismiss. SO ORDERED by Judge Janet C. Hall on 11/26/2012. (Lewis, D) (Entered: 11/26/2012) |

I Hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District Court for the District of Connecticut.
Date Filed: 11/26/12
Roberta D. Tabora, Clerk
By _____
Deputy Clerk